**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/23/17 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  DAVID C. FUMO<br>CATHERINE M. FUMO<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  DAVID C. FUMO<br>CATHERINE M. FUMO<br><br>        Respondents | Case No. 12-11356TPA<br><br><br>Chapter 13<br><br><br><br>Document No. _49_ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___23rd___ day of __October__ , 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Advanced Cast Products Inc
Attn Payroll Manager
18700 Mill St
Meadville, PA 16335

is hereby ordered to immediately terminate the attachment of the wages of DAVID C. FUMO, social security number XXX-XX-7916. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID C. FUMO.

BY THE COURT:

_____ vas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David C. Fumo
Catherine M. Fumo
    Debtors

Case No. 12-11356-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: lfin      Page 1 of 1      Date Rcvd: Oct 23, 2017
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2017.
db/jdb      +David C. Fumo,     Catherine M. Fumo,     636 North Street,     Meadville, PA 16335-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2017 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
        bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Elizabeth L. Spadafore    on behalf of Debtor David C. Fumo espadafore@steidl-steinberg.com,
        kimberlyr@steidl-steinberg.com;chris.frye@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
       Elizabeth L. Spadafore    on behalf of Joint Debtor Catherine M. Fumo
        espadafore@steidl-steinberg.com,
        kimberlyr@steidl-steinberg.com;chris.frye@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
       James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
       Kenneth M. Steinberg    on behalf of Joint Debtor Catherine M. Fumo
        julie.steidl@steidl-steinberg.com,
        kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com
       Kenneth M. Steinberg    on behalf of Debtor David C. Fumo julie.steidl@steidl-steinberg.com,
        kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 8