**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/23/17 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　DAVID C. FUMO<br>CATHERINE M. FUMO<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　DAVID C. FUMO<br>CATHERINE M. FUMO<br><br>　　Respondents | Case No.12-11356TPA<br><br>Chapter 13<br><br>Document No.___50___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

　AND NOW, this ___23rd___ day of ___October___, 2017, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　　　Wal-Mart Stores Inc*
　　　　　　　Attn: Payroll Manager
　　　　　　　　　Pob 82*
　　　　　　　Bentonville,AR 72712-

is hereby ordered to immediately terminate the attachment of the wages of CATHERINE M. FUMO, social security number XXX-XX-8331.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CATHERINE M. FUMO.

　　　　　　　　　　　　　　　　　　BY THE COURT:

cc: Debtor(s)
　　Debtor(s) Attorney

　　　　　　　　　　　　　　　　　　_____vas
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David C. Fumo
Catherine M. Fumo
    Debtors

Case No. 12-11356-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Oct 23, 2017
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2017.
db/jdb         +David C. Fumo,    Catherine M. Fumo,    636 North Street,    Meadville, PA 16335-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Elizabeth L. Spadafore    on behalf of Debtor David C. Fumo espadafore@steidl-steinberg.com,
         kimberlyr@steidl-steinberg.com;chris.frye@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Elizabeth L. Spadafore    on behalf of Joint Debtor Catherine M. Fumo
         espadafore@steidl-steinberg.com,
         kimberlyr@steidl-steinberg.com;chris.frye@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Kenneth M. Steinberg    on behalf of Joint Debtor Catherine M. Fumo
         julie.steidl@steidl-steinberg.com,
         kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com
         Kenneth M. Steinberg    on behalf of Debtor David C. Fumo julie.steidl@steidl-steinberg.com,
         kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 8