**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | David C. Fumo |
| Debtor 2 (Spouse, if filing) | Catherine M. Fumo aka Kate Fumo |
| United States Bankruptcy Court for the: | Western District   District of PA (State) |
| Case number | 12-11356-TPA |

## Form 4100R
# Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 7 6

**Property address:** 636 North Street
Number    Street

Meadville          PA          16335
City               State       ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                               (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:                      + (b) $ _____

c. **Total.** Add lines a and b.                                                            (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

| Debtor 1 | David C. Fumo | | | Case number (if known) | 12-11356-TPA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☒ all payments received;
- ☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☒ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Matthew C. Waldt
Signature

Date  11/ 29 /2017

Print  Matthew    C.    Waldt
       First Name  Middle Name  Last Name

Title  Attorney

Company  Milstead & Associates, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  1 E. Stow Road
         Number    Street

         Marlton              NJ       08053
         City                 State    ZIP Code

Contact phone  ( 856 )  482– 1400

Email  mwaldt@milsteadlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>David C. Fumo and Catherine M. Fumo aka Kate Fumo<br>Debtors. | Case No.: 12-11356-TPA |
| Nationstar Mortgage LLC<br><br>Movant,<br><br>vs.<br><br>David C. Fumo and Catherine M. Fumo aka Kate Fumo,<br>Debtors / Respondents,<br>and<br>Ronda J. Winnecour,<br>Trustee / Respondent. | Chapter 13 |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **November 29, 2017**.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification:**
Elizabeth L. Spadafore, Esquire
1001 State Street, #1400
Erie, PA 16501
Email: espadafore@steidl-steinberg.com

Ronda Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Email: cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail:**
David C. Fumo
636 North Street
Meadville, PA 16335

**Service by First-Class Mail:**
Catherine M. Fumo aka Kate Fumo
636 North Street
Meadville, PA 16335

EXECUTED ON: November 29, 2017

By: /s/ Matthew C. Waldt
Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053
(856) 482-1400
PA Attorney ID# 203308
mwaldt@milsteadlaw.com