**Form 300b**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David C. Fumo** | : | Case No. 12−11356−TPA |
| **Catherine M. Fumo** | : | Chapter: 13 |
| **aka Kate Fumo** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 56 |
| | : | |
| v. | : | Hearing Date: 2/7/18 at 12:00 PM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     *AND NOW*, this **27th day of November, 2017**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 56 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)  **On or before January 11, 2018**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This *Motion* is scheduled for hearing on **February 7, 2018 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-11356-TPA
David C. Fumo                                                             Chapter 13
Catherine M. Fumo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson          Page 1 of 2          Date Rcvd: Nov 27, 2017
                             Form ID: 300b        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
```
db/jdb      +David C. Fumo,   Catherine M. Fumo,   636 North Street,   Meadville, PA 16335-2428
cr         ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   PO Box 630267,   Irving, TX 75063)
13475018    +AT&T Universal Card/CBNA,   P Box 6497,   Sioux Falls, SD 57117-6497
13475017    +Allied Interstate,   3000 Corporate Exchange Drive,   5th Floor,   Columbus, OH 43231-7689
13475019   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998)
13475020    +Bank of America Home Loans,   450 Amerian Street,   SV416X,   Simi Valley, CA 93065-6285
13549121    +Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13475021    +Barclay's Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
13475022    +Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
13475023    +Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
13488108     FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
13475024   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   5050 Kingsley Drive,   MD#1MOC2N,
             Cincinnati, OH 45263)
13483358    +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
13475025    +Home Depot/Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
13547422     Main Street Acquisition Corp., assignee,   of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
13480016    +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13475026    +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
13549585    +Ryan A. Gower, Esquire,   220 Lake Drive East,   Suite 301,   Cherry Hill, NJ 08002-1165
13538675     State Farm Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13475027    +State Farm Bank,   3 State Farm Plaza N-3,   Bloomington, IL 61791-0002
13475028   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   PO Box 8026,
             Cedar Rapids, IA 52409-8026)
13505672     Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:04:11
             PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
13509270    +E-mail/Text: bncmail@w-legal.com Nov 28 2017 01:00:51   AZUREA I, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13529192    +E-mail/Text: bncmail@w-legal.com Nov 28 2017 01:00:33   CHESWOLD (OPHRYS), LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13518881    +E-mail/Text: bknotice@ncmllc.com Nov 28 2017 01:00:34   National Capital Management, LLC.,
             8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13568176     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:03:59
             Portfolio Recovery Associates, LLC,   P.O. Box 41067,   Norfolk, VA 23541
                                                                                        TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BANK OF AMERICA, N.A.
cr*         +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
             MEMPHIS, TN 38125-1741
13529191*   +AZUREA I, LLC,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
13509271*   +AZUREA I, LLC,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
13535642*   +CHESWOLD (OPHRYS), LLC,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
13547423*    Main Street Acquisition Corp., assignee,   of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
13668045*  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
             Lewisville, TX 75067)
13518967*   +National Capital Management, LLC.,   8245 Tournament Drive,   Suite 230,
             Memphis, TN 38125-1741
13519167*   +National Capital Management, LLC.,   8245 Tournament Drive,   Suite 230,
             Memphis, TN 38125-1741
13583272*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541)
                                                                            TOTALS: 1, * 9, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: vson              Page 2 of 2           Date Rcvd: Nov 27, 2017
                              Form ID: 300b           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Elizabeth L. Spadafore    on behalf of Debtor David C. Fumo espadafore@steidl-steinberg.com,
           kimberlyr@steidl-steinberg.com;chris.frye@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Elizabeth L. Spadafore    on behalf of Joint Debtor Catherine M. Fumo
           espadafore@steidl-steinberg.com,
           kimberlyr@steidl-steinberg.com;chris.frye@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Catherine M. Fumo
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com
          Kenneth M. Steinberg    on behalf of Debtor David C. Fumo julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 8
```