**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/19/18 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DAVID C. FUMO
CATHERINE M. FUMO
　　　Debtor(s)

Ronda J. Winnecour
　　　Movant
　　　vs.
No Repondents.

Case No.:12-11356 TPA

Chapter 13

Document No.: 56

ORDER OF COURT

　AND NOW, this ___19th___ day of ___January___, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

U.S. BANKRUPTCY JUDGE     vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David C. Fumo
Catherine M. Fumo
    Debtors

Case No. 12-11356-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 2     Date Rcvd: Jan 19, 2018
                Form ID: pdf900     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.
```
db/jdb         +David C. Fumo,    Catherine M. Fumo,    636 North Street,    Meadville, PA 16335-2428
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13475018       +AT&T Universal Card/CBNA,    P Box 6497,    Sioux Falls, SD 57117-6497
13475017       +Allied Interstate,    3000 Corporate Exchange Drive,    5th Floor,    Columbus, OH 43231-7689
13475019      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
13475020       +Bank of America Home Loans,    450 Amerian Street,    SV416X,    Simi Valley, CA 93065-6285
13549121       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13475021       +Barclay's Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
13475022       +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
13475023       +Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
13488108        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13475024      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
              (address filed with court:  Fifth Third Bank,    5050 Kingsley Drive,    MD#1MOC2N,
                 Cincinnati, OH 45263)
13483358       +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13475025       +Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
13547422        Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13480016       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13475026       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
13549585       +Ryan A. Gower, Esquire,    220 Lake Drive East,    Suite 301,    Cherry Hill, NJ 08002-1165
13538675        State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13475027       +State Farm Bank,    3 State Farm Plaza N-3,    Bloomington, IL 61791-0002
13475028      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52409-8026)
13505672        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 02:40:45
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13509270       +E-mail/Text: bncmail@w-legal.com Jan 20 2018 02:32:03     AZUREA I, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13529192       +E-mail/Text: bncmail@w-legal.com Jan 20 2018 02:31:47     CHESWOLD (OPHRYS), LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13518881       +E-mail/Text: bknotice@ncmllc.com Jan 20 2018 02:31:47     National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13568176        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 02:46:43
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 5
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              BANK OF AMERICA, N.A.
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13509271*      +AZUREA I, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13529191*      +AZUREA I, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13535642*      +CHESWOLD (OPHRYS), LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13547423*       Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13668045*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13518967*      +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13519167*      +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13583272*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
                                                                                   TOTALS: 1, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1            User: lfin               Page 2 of 2             Date Rcvd: Jan 19, 2018
                                Form ID: pdf900          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Elizabeth L. Spadafore    on behalf of Debtor David C. Fumo espadafore@steidl-steinberg.com,
           kimberlyr@steidl-steinberg.com;chris.frye@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Elizabeth L. Spadafore    on behalf of Joint Debtor Catherine M. Fumo
           espadafore@steidl-steinberg.com,
           kimberlyr@steidl-steinberg.com;chris.frye@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Kenneth M. Steinberg     on behalf of Joint Debtor Catherine M. Fumo
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg     on behalf of Debtor David C. Fumo julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage, LLC.
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```